FILED

~~UNDER SEAL~~

2014 AUG 13  AM 11: 38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

---

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| US | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | M 14 01584 |
| v. | |
| Eduardo Escobedo-Silva (1) aka "Emilio" DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **US District Court - Indictment**
in the **Southern** District of **California** on **07/25/14**
at **11:00** ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title **21/18/28** U.S.C., Section(s) **952, 960, 963, 1956, 853, 982,2461**
to wit: _____

A warrant for defendant's arrest was issued by: **DEA San Diego**

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **08/13/14** , by
_____, Deputy Clerk.

[SEAL]

_____          **Matt Mitchell**
Signature of Agent                Print Name of Agent

**USSS**                          **Special Agent**
Agency                            Title

---

CR-52 (05/98)                     AFFIDAVIT RE OUT-OF-DISTRICT WARRANT